**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Linda Baldwin,<br><br>Plaintiff<br><br>v.<br><br>Nevada Attorney for Injured Workers, et al.,<br><br>Defendants | Case No.: 2:24-cv-01208-JAD-MDC<br><br>**Order Granting Request for Extension of Time**<br><br>[ECF No. 45] |

Pro se plaintiff Linda Baldwin moves to extend her deadline to file an objection to the magistrate judge's September 14, 2026, report and recommendation. Because Baldwin has shown good cause for the extension, IT IS ORDERED that the request to extend the deadline **[ECF No. 45] is GRANTED; Baldwin's deadline to object to the report and recommendation [ECF No. 44] is EXTENDED to October 12, 2026.**

U.S. District Judge Jennifer A. Dorsey
October 5, 2026